**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| United States of America,<br>  Plaintiff, | Case Number: 09-11638<br><br>Honorable: Patrick J. Duggan<br><br>Magistrate: Virginia M. Morgan<br><br>Claim Number: 1999A16810 |
| Kevin A. McKenzie,<br>  Defendant, | |

Pamela S. Ritter
Attorney for Plaintiff
Holzman Ritter & Corkery PLLC.
28366 Franklin Road
Southfield, MI 48034
(248) 352-4340
usa@holzmanlaw.com
P47886

Kevin A. McKenzie
In Pro Per Defendant
17676 Plainview
Detroit, Michigan 48219

**ORDER FOR ENTRY OF CONSENT JUDGMENT**
**WITH PARTIAL PAYMENT PROVISIONS**

Upon the stipulation of Pamela S. Ritter, attorney for the United States of America, plaintiff herein,

IT IS HEREBY ORDERED that Judgment is entered in favor the United States of America, and against Kevin A. McKenzie, in the principal amount of $2,808.09, plus prejudgment interest from the date of default to date of judgment together with post-judgment interest pursuant to 28 U.S. C 1961, civil administrative costs of $40.00, and costs of $350.00, for a total balance of **$7,271.64 owing as of May 6, 2009**.

IT IS FURTHER ORDERED that the Defendant, Kevin A. McKenzie, may satisfy said Judgment by making weekly payments of $20.00 via employer beginning June 15, 2009.  Payments are to continue until the full amount of the Judgment including damages and post judgment interest is paid in full.  As long as the Defendant is in substantial compliance with this partial payment provision, no process shall issue for the enforcement of the Judgment.

IT IS FURTHER ORDERED that if the Defendant shall fail to make one single payment within ten (10) days of its due date, it will be deemed that the Defendant is not in substantial compliance with the partial payment provisions of this Judgment, and such partial payment provisions as contained herein shall be terminated and held for naught, and the Plaintiff may issue any process for the enforcement of this Judgment.

<u>s/Patrick J. Duggan</u>
Patrick J. Duggan
United States District Judge

Dated: May 18, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 18, 2009 ,by electronic and/or ordinary mail.

<u>s/Marilyn Orem</u>
Case Manager