UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff,

VS.

Kevin A. McKenzie,

        Defendant,
_____/
Pamela S. Ritter (P47886)
Attorney for Plaintiff
Holzman Ritter & Corkery PLLC.
28366 Franklin Road
Southfield, MI  48034
(248) 352-4340
_____/

Case Number: 1999A16810

Honorable: Patrick J. Duggan

Claim Number: 1999A16810

## ORDER FOR WAGE ASSIGNMENT

At a session of said Court, held in the City of Detroit, Wayne County Michigan on May 18, 2009.
Present: HONORABLE PATRICK J. DUGGAN
        U.S. District Court Judge

    In accordance with the Stipulation of the parties: It is hereby ordered that Belanger, Inc. deduct the sum of $20.00 per pay from the wages of said defendant, Kevin A. McKenzie, social security number: XXX-XX- 8399 and transmit such sum to:

        **U.S. Department of Justice**
        **NCIF**
        **P.O. Box 70932**
        **Charlotte, NC  28272-0932**

**Please include account number 1999A16810**

This wage assignment is to remain in effect until the balance of **$7,271.64 plus accruing interest** is satisfied. The office of Holzman Ritter & Corkery PLLC., Attorney for United States of America will notify Belanger, Inc. when the remaining balance is less than $100.00 so that no overpayment is created.

A copy of this order is to be served upon Belanger, Inc. Payroll Department.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: May 18, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 18, 2009,by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager